JS-6



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GROUP A AUTOSPORTS, INC. dba "SKUNK2," a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NIKOLAOS STOUFIS, a.k.a. "Nikos" an individual dba "K20A.ORG" also dba "INTRINSIC PERFORMANCE SOLUTION" or "SUPERIOR VALVE MOTION" and "SVM"; K20A, an entity of unknown form; SUPERIOR VALVE MOTION, an entity of unknown form, also dba "SVM"; DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 12-01639 CAS (MRW)<br><br>**ORDER ON STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE** |

IT IS HEREBY ORDERED that the stipulation between Plaintiff Group A Autosports, Inc. and Defendants Nikolaos Stoufis, K20A, and Superior Valve Motion (collectively, "Defendants"), in the above-captioned action and all claims against Defendants are hereby dismissed with prejudice pursuant

| Case No. CV 12-01639 CAS (MRW) | **STIP. TO DISMISS COMPLAINT WITH PREJUDICE** |
|---|---|

1 to Fed. R. Civ. Proc. 41(a)(2) with Plaintiff and Defendants bearing their own
2 fees and costs. This Court will maintain jurisdiction over the case to enforce
3 settlement.

   IT IS SO ORDERED.

DATE: November 26, 2012            By: _____
                                        The Hon. Christina A. Snyder
                                        U.S. District Court Judge

Case No. CV 12-01639 CAS (MRW)     1     STIP. TO DISMISS COMPLAINT WITH PREJUDICE